# In the United States District Court

### Western District Of Arkansas

_____ Division

Kristopher Michael Morgan

(112242)

*(In the space above enter your full name and Prison ID*
*Number, if any.  **Do not include your Social Security Number).***

-against-

Washington County

City of fayetteville

_____

*(In the space above enter the full name of each Defendant)*

**Case**

No. _____
(To be filled out by Clerk's
Office only)

## COMPLAINT

(*Pro Se* Prisoner)

Jury Demand?
☐ Yes
☐ No

---

## NOTICE

**Do not attach exhibits, affidavits, grievances, witness
statements, or any other materials to your Complaint. Any
materials other than the Complaint will be returned to you
unfiled by the Clerk's Office.**

---

## I.    PLAINTIFF INFORMATION

Kristopher michael Morgan

Name (First, Middle, Last)                               Aliases

112242

Prisoner ID #, if any

Washington County

Place of Detention or Incarceration

1155 W. Clydesdale Dr

Address (*If detained, facility address*)

Fayetteville          AR          72701

County, City                   State          Zip Code

## II.     PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☑ Pretrial detainee

☐ Convicted and serving a sentence. Provide Date of Conviction _____.

☐ Other. Explain: _____

## III.    DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. If you need more space for additional defendants, list the additional defendants on another piece of paper, providing the same information. Do not list witnesses. The jail or detention center is a building and cannot be sued.*

Defendant 1:     Washington County

Name (Last, First)

_____

Current Job Title

_____

Current Work Address

Fayetteville, AR          72701

County, City          State          Zip Code

Defendant 2: theresa Kothe

Name (Last, First)

KCH

Current Job Title

1155 W. Clydesdale Dr.

Current Work Address

Fayetteville, AR 72701

County, City          State         Zip Code

Defendant 3: Jon Beckham

Name (Last, First)

KCH

Current Job Title

1155 W. Clydesdale Dr.

Current Work Address

Fayetteville, AR 72701

County, City          State         Zip Code

Defendant 4: Sarah Sears

Name (Last, First)

Sgt,

Current Job Title

1155 W. Clydesdale Dr.

Current Work Address

Fayetteville, AR 72701

County, City          State         Zip Code

## IV. STATEMENT OF CLAIMS

*State **every** ground on which you claim that one or more of the Defendants violated your federal constitutional rights. **List each claim separately** (e.g., excessive force, denial of medical care, access to the courts, conditions of confinement, etc.). If you have more than three separate claims, you may attach additional sheets of paper, providing the same information for each claim. **You may attach no more than one additional sheet for each claim.***

**Claim Number 1:**

Place(s) of occurrence:

Washington County Detention Center

Date(s) of occurrence: Jan 2021 to June 2021

Name of Each Defendant Involved:

Theresa Rothe, Jon Beckham, Jolene Wilson, Sydney Simmons, Sarah Sears and Amanda Arnold Tom Mulvaney

*State which of your federal constitutional rights (e.g., excessive force, denial of medical care, conditions of confinement, etc.) or federal statutory rights have been violated*:

inadaguate physical & mental medical care, Denial of medications.

*State here briefly the **FACTS** that support your case. Describe how **EACH DEFENDANT** was **personally involved** in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS: I've been ignored on Request for proper bedding & pain medication for previous injury's and increasing pain due to being in jail. My mental medications are being changed every 30 or 50 Days some only 14 Days

Page **4** of **11**

**Who did what?**

medical staff Repeatedly ignored
Requests for 2nd mattress and /or
Pain medication that works.
Basic mental help...

**How were you injured?**

Developed Hemmoriods from hard seats/beds
Pain from old injuries due to in-
-adequate bedding & pain management.
Since my Arrest I've Developed:
Severe Social Anxiety, PTSD, Add,
Adhd, paranoia, insomnia, Depression

With regard to claim 1, are you suing Defendant(s) in his/her/their:

☐   Official capacity only (An official capacity claim is the same as suing the governmental entity the Defendant(s) work(s) for and **requires** proof that a custom, policy, or widespread practice of the governmental entity caused the violation).

☐   Individual capacity only (An individual capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).

☑   Both Official and Individual capacity

*If you are asserting an official capacity claim, please describe the custom, policy, or widespread practice that you believe caused the violation of your constitutional rights.*

Lack of medical treatment,
Lack of mental health medications,
Counselors,
Staff ignoring Repeated Requests for
physical / mental help,
next shift will help you.

**Claim Number 2:**

Place(s) of occurrence:

Washington County Detention Center

Date(s) of occurrence: Jan 2021 - March 2021

Name of Each Defendant Involved:

Washington County, theresa Rothe, Jon Beullam
Sydney Simmons, Johna Wilson, Tom Mulvaney,
Sarah Sears and Amanda Arnold

*State which of your federal constitutional rights (e.g., excessive force, denial of medical care, conditions of confinement, etc.) or federal statutory rights have been violated*:

Improper Diet. non Compliance to
Dietary Guidliness

*State here briefly the **FACTS** that support your case. Describe how **EACH DEFENDANT** was **personally involved** in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS: Requested Vegetarian Diet,

**What happened to you?**

medical put me on a all starch no
vegitable or protin Diet

**Who did what?**

**How were you injured?**

Lack of Essential vitiamens?
minerals, brittle nails. feeling
weak and Dizzy,

With regard to claim 2, are you suing Defendant(s) in his/her/their:

☑ Official capacity only (An official capacity claim is the same as suing the governmental entity the Defendant(s) work(s) for and **requires** proof that a custom, policy, or widespread practice of the governmental entity caused the alleged violation).

☐ Individual capacity only (An individual capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).

☐ Both Official and Individual capacity

*If you are asserting an official capacity claim, please describe the custom, policy, or widespread that you believe caused the violation of your constitutional rights.*

There is NO nutritionalist or Dietion on staff and only going by Calorik intake. Kch staff Refused to give me paperwork on the S.O.P. for food prep & Values.

**Claim Number 3:**

Place(s) of occurrence: Washington County Detention Center

Date(s) of occurrence: Jan 2021 - June 2021

Name of Each Defendant Involved:
Theresa Rothe, Jon Beckham, Jolena Wilson, Sydney Simmons, Tom Mulvaney, Sarah Tears, and Amanda Arnold

*State which of your federal constitutional rights (e.g., excessive force, denial of medical care, conditions of confinement, etc.) or federal statutory rights have been violated:*

There is zero Pain Management for Chronic Pain

*State here briefly the **FACTS** that support your case. Describe how **EACH DEFENDANT** was **personally involved** in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS: I have had zero medications that work for Chronic pain management.

**What happened to you?**

**Who did what?** Medical has only HaD tylenol for any pain

**How were you injured?** zero pain management for chronic pain

With regard to claim 3, are you suing Defendant(s) in his/her/their:

☐ Official capacity only (An official capacity claim is the same as suing the governmental entity the Defendant(s) work(s) for and **requires** proof that a custom, policy, or widespread practice of the governmental entity caused the alleged violation).

☐ Individual capacity only (An individual capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).

☑ Both Official and Individual capacity

*If you are asserting an official capacity claim, please describe the custom, policy, or widespread practice that you believe caused the violation of your constitutional rights.*

I have been told repeatedly that there are no protocols for chronic pain management.

_____

_____

_____

## V.    RELIEF

*If you are asking for money damages from the named Defendant(s), indicate below the types of damages you are seeking:*

☒    Compensatory damages (money damages designed to compensate for injuries, such as physical pain and suffering, etc., that are caused by the deprivation of constitutional rights).

☐    Punitive damages (designed to punish a defendant for engaging in misconduct and to deter a Defendant and others from engaging in such misconduct in the future).

☐    Other relief (describe below).

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. If you are requesting money damages, include the amounts of any actual damages and/or punitive damages you are claiming.  Explain why you believe you are entitled to those damages.*

I would Like $5,500,000.00 for mental Anguish, Duress, psycological Damages

I would Like $2,500,000.00 for physicel Pain and suffering, nerve damage

I wes not in any Constant pain or mental Durress before being arrested, now i'm Paranoid of groups of people and started having panic attacks, my back & shoulder hurt and ache, Constantly now, my Knee Pops in & out and hurts constantly

## VI.    PRISONER'S LITIGATION HISTORY

Have you brought any other lawsuits in state or federal court while a prisoner?                                                          ☐ Yes   ☑ No

If yes, how many? _____

Have you brought any other lawsuits in state or federal court **dealing with the same facts as this case**?                          ☐ Yes   ☑ No

If yes, how many? _____

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)
- The "three strikes rule" bars a prisoner from bringing a civil action or an appeal without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility brought an action or appeal . . . that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g). **To the best of your knowledge, indicate if any of your cases were dismissed because they were frivolous, malicious, or failed to state a claim upon which relief could be granted, had a strike assessed, or were dismissed because of the "three strikes rule."**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____
_____
_____
_____
_____
_____
_____
_____

## VII.   PLAINTIFF'S DECLARATION AND SIGNATURE

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office shall result in the dismissal of my case.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

*Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

6-8-2021
Dated                                          Plaintiff's Signature

Kristopher morgan
Printed Name (First, MI, Last)

112242
Prison Identification #, if any.

1157 W Clydesdale Dr  Fayetteville, AR  72701
Prison Address                      City          State     Zip Code



K. Morgan (122410)
1155 W. Clydesdale Dr
Fayetteville, AR 72701

Pro Se Law

35 Eastmountain Street, Suite 510
Fayetteville, AR

"Legal mail"

WCSO MAIL 72701

PRSRT FIRST-CLASS MAIL
U.S. POSTAGE PAID
Fayetteville, AR
PERMIT# 1

RETURN SERVICE REQUESTED

180  182  18240   A1-40

6010210622-1005117500

12

18240

Received WD/AR
JUN 23 2021
U.S. Clerk's Office