US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

JUL 0 6 2021

JAMIE GIANI, Clerk

By

Deputy Clerk

## In the United States District Court

Western District Of Arkansas
_____ Division

Kristopher Michael Morgan
112242

*(In the space above enter your full name and Prison ID
Number, if any. **Do not include your Social Security Number**).*

-against-

City of Fayetteville
theresa Roth (KCH)
Jon Beckham (KCH)
Sarah Sears (SGt)

*(In the space above enter the full name of each Defendant)*

Case
No. 5:21 cv 5114

(To be filled out by Clerk's
Office only)
Amended

## COMPLAINT

(*Pro Se* Prisoner)

Jury Demand?
☐ Yes
☐ No

---

### NOTICE

Do not attach exhibits, affidavits, grievances, witness
statements, or any other materials to your Complaint. Any
materials other than the Complaint will be returned to you
unfiled by the Clerk's Office.

---

## I.    PLAINTIFF INFORMATION

Kristopher          michael   morgan

Name (First, Middle, Last)                          Aliases

112242

Prisoner ID #, if any

Washington County Detention Center

Place of Detention or Incarceration

1155 W. Clydesdale Dr
Address (*If detained, facility address*)

Washington, fayetteville, AR 72701
County, City                    State                    Zip Code

## II.    PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☒ Pretrial detainee

☐ Convicted and serving a sentence. Provide Date of Conviction _____.

☐ Other. Explain: _____

_____

## III.    DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. If you need more space for additional defendants, list the additional defendants on another piece of paper, providing the same information. Do not list witnesses. The jail or detention center is a building and cannot be sued.*

Defendant 1:    City of fayetteville
                Name (Last, First)

                _____
                Current Job Title

                _____
                Current Work Address
                Washington, fayetteville, AR 72701
                County, City                    State                    Zip Code

Defendant 2: Rothe, theresa

Name (Last, First)

KCH

Current Job Title

1155 W Clydesdale Dr

Current Work Address

Washington, fayetteville, AR 72701

County, City                    State           Zip Code

Defendant 3: Beckham, Jon

Name (Last, First)

KCH

Current Job Title

1155 W. clydesdale Dr

Current Work Address

Washington, fayetteville, AR 72701

County, City                    State           Zip Code

Defendant 4: Sears, Sarah

Name (Last, First)

SGT

Current Job Title

1155 W. Clydesdale Dr

Current Work Address

Washington, fayetteville, AR 72701

County, City                    State           Zip Code

## IV. STATEMENT OF CLAIMS

*State **every** ground on which you claim that one or more of the Defendants violated your federal constitutional rights. **List each claim separately** (e.g., excessive force, denial of medical care, access to the courts, conditions of confinement, etc.). If you have more than three separate claims, you may attach additional sheets of paper, providing the same information for each claim. **You may attach no more than one additional sheet for each claim.***

**Claim Number 1:**

Place(s) of occurrence: Washington County Detention Center

Date(s) of occurrence: Jan - June 2021

Name of Each Defendant Involved:

theresa Rothe, Jon Beckham, Jolena Wilson, Sydna Simmons, sarah sears, Amanda Arnold, tona mulvaney

*State which of your federal constitutional rights (e.g., excessive force, denial of medical care, conditions of confinement, etc.) or federal statutory rights have been violated:*

Inadaquite physical + mental medical care Denial of medication

*State here briefly the **FACTS** that support your case. Describe how **EACH DEFENDANT** was **personally involved** in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS:

**What happened to you?**

I've been ignored on multipul Requests for proper bedding ? Pain medication for "previous injurys" and increasing pain due to being incarcerated. My mental medications are being changed every 14 to 30 days.

**Who did what?**

theresa Rotle, Jon beckham, Jolena Wilson Sydney Simmons, Repeatedly ignored multiple Requests for a 2nd mattress and/or pain medication that works, I've been denied basic mental counciling.

**How were you injured?**

Since my arrest I've hemmeroids from hard seats ; beds, I'm in Continues pain from a pinched siatic nerve, I've Developed Severe Social Anxiety, PtsD, Paranoia, insomnia ; Depression

---

With regard to claim 1, are you suing Defendant(s) in his/her/their:

☐ Official capacity only (An official capacity claim is the same as suing the governmental entity the Defendant(s) work(s) for and **requires** proof that a custom, policy, or widespread practice of the governmental entity caused the violation).

☐ Individual capacity only (An individual capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).

☒ Both Official and Individual capacity

---

*If you are asserting an official capacity claim, please describe the custom, policy, or widespread practice that you believe caused the violation of your constitutional rights.*

Lack of medical protocals for previous injurys, Lack of mental Health medications ; counselers. KCH staff ignoring Repeted Requests For help w/ physical ; mental pain

---

**Claim Number 2:**

Place(s) of occurrence:

Washington County Detention Center

Date(s) of occurrence: Jan - march 2021

Name of Each Defendant Involved:

Washington County, theresa Rothe, Jon Beckham, Sydney Simmons, John wilson, Tom mulvaney, Sarah Sears, Amanda Arnold

*State which of your federal constitutional rights (e.g., excessive force, denial of medical care, conditions of confinement, etc.) or federal statutory rights have been violated*:

Improper Diet, nonCompliance to Dietary Guidlines. nonCompliance to nutritional Guidlines

*State here briefly the* **FACTS** *that support your case. Describe how* **EACH DEFENDANT** *was* **personally involved** *in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS: Requested vegetarian tray. I was shorted a protien on my meals and was protien Deficient because of it

**What happened to you?**

**Who did what?**

washington County, theresa Rothe, Jon Beckham, Sydney Simmons, Johna wilson, tom mulvaney, Sarah Sears, Amanda Arnold - I was on a all starch no protien or vegitables Diet.

**How were you injured?**

Lack of essential vitamans and minerals, started feeling weak and Diggy.

With regard to claim 2, are you suing Defendant(s) in his/her/their:

☐ Official capacity only (An official capacity claim is the same as suing the governmental entity the Defendant(s) work(s) for and **requires** proof that a custom, policy, or widespread practice of the governmental entity caused the alleged violation).
☐ Individual capacity only (An individual capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).
☒ Both Official and Individual capacity

*If you are asserting an official capacity claim, please describe the custom, policy, or widespread that you believe caused the violation of your constitutional rights.*

There is no nutritionalist or Dietion on
Staff, Kch claims Caloric intake Insteco
Kch staff Refuse to give paperwork on
food values and nutritional values on
Diet trays.

**Claim Number 3:**

Place(s) of occurrence: Washington Canty Detention Center

Date(s) of occurrence: Jan - June 2021

Name of Each Defendant Involved:

therese Rothe, Jon beckham, Johna Wilson, Sydney
Simmons, tom mulvaney, Sarah Sears, Ahranda
Arnold

*State which of your federal constitutional rights (e.g., excessive force, denial of medical care, conditions of confinement, etc.) or federal statutory rights have been violated:*

no protocols for pain management for
Chronic-preexisting injurys.

*State here briefly the* **FACTS** *that support your case. Describe how* **EACH DEFENDANT** *was* **personally involved** *in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS: the KCH staff Have no protocols for Pain management for previous injurys or chronic pain.

**What happened to you?**

**Who did what?**
Theresa Rothe, Jon beckham, Jokne wilson, Sydney Simmons, tom mulvaney, Sarah Sears, Amanda Henold, have only issued tylenol for pain.

**How were you injured?**
Zero pain management for Chronic Pprevious injurys.

With regard to claim 3, are you suing Defendant(s) in his/her/their:

☐ Official capacity only (An official capacity claim is the same as suing the governmental entity the Defendant(s) work(s) for and **requires** proof that a custom, policy, or widespread practice of the governmental entity caused the alleged violation).

☐ Individual capacity only (An individual capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).

☒ Both Official and Individual capacity

*If you are asserting an official capacity claim, please describe the custom, policy, or widespread practice that you believe caused the violation of your constitutional rights.*

I've been told Repeatedly that there is no protocols for Dealing with chronic pain management.

Page **8** of **11**

_____

_____

_____

## V.  RELIEF

*If you are asking for money damages from the named Defendant(s), indicate below the types of damages you are seeking*:

 Compensatory damages (money damages designed to compensate for injuries, such as physical pain and suffering, etc., that are caused by the deprivation of constitutional rights).

 Punitive damages (designed to punish a defendant for engaging in misconduct and to deter a Defendant and others from engaging in such misconduct in the future).

 Other relief (describe below).

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. If you are requesting money damages, include the amounts of any actual damages and/or punitive damages you are claiming.  Explain why you believe you are entitled to those damages.*

I would Like $500,000.00 for mental anguish and Duress physcological Damages I would Like $500,000.00 for physical pain suffering and nerve Damage

I was not in Constant Pain or mental Duress before being arrested. My back, Hip, Knees, shoulder are Causing Constant pain. I've Developed paranoia of groups of people. I get Really bad panic attacks.

_____

_____

_____

_____

## VI.   PRISONER'S LITIGATION HISTORY

Have you brought any other lawsuits in state or federal court while a prisoner?                                   ☐ Yes   ☒ No

If yes, how many? _____

Have you brought any other lawsuits in state or federal court **dealing with the same facts as this case**?         ☐ Yes   ☒ No

If yes, how many? _____

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)
- The "three strikes rule" bars a prisoner from bringing a civil action or an appeal without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility brought an action or appeal . . . that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g). **To the best of your knowledge, indicate if any of your cases were dismissed because they were frivolous, malicious, or failed to state a claim upon which relief could be granted, had a strike assessed, or were dismissed because of the "three strikes rule."**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

## VII.  PLAINTIFF'S DECLARATION AND SIGNATURE

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office shall result in the dismissal of my case.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

*Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

06 - 29 - 2021
Dated                                          Plaintiff's Signature

Kristopher M morgan
Printed Name (First, MI, Last)

112242
Prison Identification #, if any.

1155 W, Clydesdale Dr, fayetteville          AR          72701
Prison Address                    City                    State    Zip Code



K. Marconi 11327
155 W. Clydesdale Dr
fayetteville AR 72701

727   727   72701S   **A1-12**

WCSC

601021
2

7270

Received WDIAR
JUL 06 2021
U.S. Clerk's Office

Jc Few Clerk Office
35 E. Mountain Street, Suite 510
fayetteville, AR 72701

PRSRT FIRST-CLASS MAIL
U.S. POSTAGE PAID

U.S. POSTAGE >> PITNEY BOWES

ZIP 72701  $ 001.40⁰
02 4W
0000366193 JUL 02 2021