IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

Kristopher Michael Morgan                                                                    PLAINTIFF

v.                                              Civil No. 21-5114

Theresa Rothe, et al                                                                         DEFENDANTS

# ORDER

The Court entered an Order granting the plaintiff's motion to proceed in forma pauperis; and directing the Clerk to collect the filing fee of $350.00, pursuant to 28 U.S.C. 1915, as amended by the Prison Litigation Reform Act.

Pursuant to 28 U.S.C. § 1915(b)(1), the court is required to assess and, when funds exist, collect an initial partial filing fee of twenty percent of the greater of the average monthly deposits or the average monthly balance in the prisoner's account for the six months immediately preceding the date of the filing of a civil action. The Plaintiff's Certificate of Inmate Account and Assets indicates the following:

|  | **Amount** |
|---|---|
| Average monthly deposits | $ 280.00 |
| Average balance last 6 months | $ 272.00 |

Because the deposit amount exceeds the average balance amount, the plaintiff is assessed an initial partial filing fee of 20% of the deposit amount, or **$56.00**. The Sheriff, Warden, or authorized prison official shall forward such fee to the Clerk of Court when funds exist in the inmate's prisoner account.

After payment of the initial filing fee, the plaintiff is required to make monthly payments of 20% of the preceding month's income credited to his/her account until the $350.00 filing fee is paid in full. The Sheriff, Warden or authorized prison official shall forward such payments to the Clerk of Court each time the amount in the inmate's account exceeds $10.00.

**All payments shall be forwarded to the Clerk of Court, 30 S. 6th Street, Fort Smith, AR  72901**.

If the plaintiff is transferred to another facility or released from custody, the plaintiff shall immediately notify the Court of his/her change of address. If still confined, he/she shall provide the officials at the new facility with a copy of this order.

The Clerk shall mail a copy of this Order to the inmate accounting office or other person(s) or entity with responsibility for assessing, collecting, and remitting to the Court the interim filing fee payments on behalf of inmates, as designated by the facility in which plaintiff is confined.

SO ORDERED

Dated: July 28, 2021

Teri Gunderson
Deputy Clerk

cc: Sheriff, Washington County
Washington County Jail
1155 Clydesdale Drive
Fayetteville, AR  72701