IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**KRISTOPHER MICHAEL MORGAN**                                                      **PLAINTIFF**

V.                                    **CASE NO. 5:21-CV-5114**

**THERESA ROTHE, KCH, et al.**                                                     **DEFENDANTS**

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 22) filed in this case on August 2, 2021, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation:

(1) all claims against the City of Fayetteville are dismissed and this party is terminated;

(2) all claims against Lieutenant Arnold and Sergeant Sears are dismissed and they are terminated as parties; and

(3) the individual-capacity claims against Corporal Mulvaney are dismissed.

The case will proceed against the remaining Defendants.

**IT IS SO ORDERED** on this 20th day of August, 2021.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE