IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | | |
|---|---|---|
| KRISTOPHER MICHAEL MORGAN | | PLAINTIFF |
| v. | Civil No. 5:21-cv-05114 | |
| THERESA ROTHE, KCH; JON BECKHAM, KCH; JOLANA WILSON, KCH; SYDNEY SIMMONS, KCH; and CORPORAL TOM MULVANEY | | DEFENDANTS |
| KRISTOPHER MICHAEL MORGAN | | PLAINTIFF |
| v. | Civil No. 5:21-cv-05153 | |
| THERESA ROTHE, KCH; NURSE JON BECKHAM, KCH; NURSE JOLANA WILSON, KCH; SYDNEY SIMMONS, KCH; and RACHEL YOUNG, KCH | | DEFENDANTS |

## CONSOLIDATION ORDER

The Defendants have filed Motions to Consolidate these two actions. (ECF No. 58 in case 5:21-cv-05114 & ECF No. 13 in case 5:21-cv-05153). These Motions are **granted.** The claims in both cases involve the alleged denial of medical care suffered by Plaintiff while he was incarcerated in the Washington County Detention Center. Case number 5:21-05114 contains one additional claim having to do with the diet provided to the Plaintiff. The majority of the Defendants are the same in both cases. For these reasons, consolidation is proper.

These cases are hereby consolidated for all matters at issue in the case pursuant to Rule 42(a)(2) of the Federal Rules of Civil Procedure. *Morgan v. Rothe, et al.,* 5:21-cv-05114, shall be the lead case. All future pleadings will be filed in the lead case but shall contain the case numbers for both cases.

1

A copy of this Order should be filed in both cases. Case number 5:21-cv-05153 shall be reassigned to United States Magistrate Judge Mark Ford.

IT IS SO ORDERED this 18th day of February 2022.

/s/ *Mark E. Ford*
HON. MARK E. FORD
UNITED STATES MAGISTRATE JUDGE