IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**KRISTOPHER MORGAN**                                                                                    **PLAINTIFF**

vs.                       **CASE NOS.**     5:21-CV-5114 – CDC
                                                      5:21-CV-5124 – CDC
                                                       5:21-CV-5153 – CDC
                                                       5:23-CV-5016 – CDC

**KELLEY HINELY, ET AL.**                                                     **DEFENDANTS**

## ORDER OF DISMISSAL

**IT APPEARING** to the Court that these above-captioned matters each have been settled and upon notification that the consideration for these settlements has been received by Plaintiff's facility, **IT IS ORDERED THAT THESE MATTERS BE DISMISSED WITH PREJUDICE**, subject to the terms of the parties' settlement agreement.

If any party desires to make the terms of settlement a part of the record herein, those terms should be reduced to writing and filed with the Court within thirty (30) days from the file date of this Order.

The Court retains jurisdiction to vacate this Order and to reopen the action upon cause shown that settlement has not been completed and that a party wishes this Court to enforce the settlement agreement specifically.

**IT IS SO ORDERED** on this 6th day of March 2023.

*Christy Comstock*
CHRISTY COMSTOCK
UNITED STATES MAGISTRATE JUDGE